**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **KENNEBUNK SAVINGS BANK,**<br><br>Plaintiff,<br><br>v.<br><br>**THE LOLLIPOP TREE, INC., ROBERT S. LYNCH, and LAURIE V. LYNCH,**<br><br>Defendants,<br><br>**COASTAL ECONOMIC DEVELOPMENT CORPORATION,**<br><br>Party-in-Interest. | Case No. 09-cv-627-P-S |

**ORDER APPROVING RECEIVER'S PLAN FOR FINAL DISTRIBUTION**
**AND DISCHARGING RECEIVER**

Upon consideration of the Motion for Order: (A) Approving Receiver's Plan for Final Distribution; and (B) Discharging Receiver (Docket # 72), and it appearing that the Receiver has fully discharged his duties as an officer of this Court, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:[1]

1. The Motion is GRANTED WITHOUT OBJECTION.

2. The Receiver is released and discharged from his duties in relation to the receivership estate. After the date of this Order, the Receiver shall have the authority to sign and file The Lollipop Tree, Inc.'s ("TLT") 2009 state and federal tax returns, but the Receiver shall have no further obligations in relation to TLT or the receivership estate.

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Motion.

1

3. The Receiver is forever released and discharged from any and all liabilities, duties, and/or obligations that he now has, or may hereafter have, by reason of, or in any way arising out of, his acts or omissions while acting in his capacity as receiver during this proceeding. Without limiting the generality of the foregoing, the Receiver is forever released and discharged from any and all liability relating to the matters that were raised, or which could have been raised, in these proceedings.

4. The Receiver shall make final distributions in the following estimated amounts to the Receiver and his professionals for services rendered to the receivership estate:

   a. James C. Ebbert (Receiver) — $1,250

   b. Bernstein, Shur, Sawyer & Nelson, P.A. (Counsel to Receiver) — $3,000

   c. Berry, Dunn, McNeil & Parker (Tax accountants) — $4,000

After making these payments, the Receiver shall distribute all remaining amounts to the Bank as proceeds of its collateral.

5. The distributions made pursuant to the Interim Distribution Order are approved on a final basis.

6. In accordance with the parties' May 5, 2010 Notice of Settlement and this Court's prior orders, this action is hereby DISMISSED with prejudice but without costs in accordance with Federal Rule 41(a)(2) and District of Maine Local Rule 41.1(a).

SO ORDERED.

    /s/ George Z. Singal
United States District Judge

Dated this 13th day of September, 2010.